IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:25-22 |
| | : | |
| JACLYN RACQUEL QUIROZ | : | |

## ORDER

AND NOW, this 3rd day of September 2025, following our study of Judge Teague's Report and Recommendation (ECF 43), we adopt Defendant Jaclyn Racquel Quiroz's knowing and voluntary guilty plea to Count Two (2) of the Indictment (ECF 16) charging her with possession with intent to distribute marijuana, without objection due yesterday, and relying on Judge Teague's thoughtful assessment Defendant Quiroz entered her guilty plea knowingly and voluntarily, it is **ORDERED** we:

1. **APPROVE AND ADOPT** Judge Teague's Report and Recommendation (ECF 43);

2. Accept Defendant Quiroz's plea and find her **GUILTY** of Count Two (2) of the Indictment (ECF 16); and,

3. Schedule sentencing in a separate Order allowing for a pre-sentence investigation report and briefing.

_____
KEARNEY, J.